UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAHER AHMAD ZOMER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UR JADDOU, *et al.*, <br><br> Defendants. | Case No. 2:24-cv-01152-JHC <br><br> STIPULATED MOTION TO DISMISS AND ORDER <br><br> Noted for Consideration: <br> August 8, 2024 |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs.

/

/

/

/

/

/

/

/

/

DATED this 8th day of August, 2024.

Respectfully submitted,

| LAW OFFICES OF BART KLEIN | TESSA M. GORMAN |
| --- | --- |
| | United States Attorney |
| *s/ Bart Klein* | *s/ Michelle R. Lambert* |
| BART KLEIN WSBA #10909 | MICHELLE R. LAMBERT, NYS #4666657 |
| 605 First Avenue South, Suite 500 | Assistant United States Attorney |
| Seattle, WA 98104 | United States Attorney's Office |
| Phone: (206) 624-3787 | Western District of Washington |
| Fax: (206) 624-6371 | 1201 Pacific Avenue, Suite 700 |
| Email: Bart.Klein@bartklein.com | Tacoma, WA 98402 |
| | Phone: (253) 428-3824 |
| *Attorney for Plaintiffs* | Fax: (253) 428-3826 |
| | Email: michelle.lambert@usdoj.gov |
| | *Attorneys for Defendants* |

I certify that this memorandum contains 27 words, in compliance with the Local Civil Rules.

# ORDER

It is so **ORDERED**. The case is dismissed without prejudice, with each party to bear their own costs.

DATED this 8th day of August, 2024.

_____
JOHN H. CHUN
United States District Judge